QUIN DENVIR, Bar No. 49374
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Andres Valencia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>             Plaintiff,          )<br>                                 )<br>     v.                          )<br>                                 )<br>  ANDRES VALENCIA                )<br>                                 )<br>                                 )<br>             Defendant.          )<br>_____) | No. CR S-05-516 WBS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER**<br><br>Date: January 11, 2006<br>Time: 9:00 A.M.<br>Judge: Hon. William B. Shubb |

　　　Plaintiff United States of America, by its counsel, Assistant United States Attorney Mary Grad, and defendant Andres Valencia, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for December 21, 2005 at 9:00 AM be vacated and a new date of January 11, 2006 be set for status.

　　　Defense counsel just received police reports generated after the defendant's arrest and is awaiting further discovery.  Defense counsel needs further time to review discovery with the defendant.

　　　It is stipulated that the period from the date of the signing of this order to January 11, 2006 be excluded in computing the time

1

within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                                    Respectfully submitted,
                                    MCGREGOR SCOTT
                                    United States Attorney


DATED:  December 19, 2005           /s/ Mary Grad
                                    MARY GRAD
                                    Assistant U. S. Attorney



DATED:  December 19, 2005           /s/ Ned Smock
                                    NED SMOCK
                                    Attorney for Defendant
                                    ANDRES VALENCIA
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: December 22, 2005

*William B. Shubb* (signature)

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2