DENNIS WAKS, Bar No. 142581
Interim Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Andres Valencia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDRES VALENCIA ) <br> ) <br> ) <br> Defendant. ) <br> _____) | No. CR S-05-516 WBS <br><br> **STIPULATION AND [PROPOSED]** <br> **ORDER** <br><br> Date: January 25, 2006 <br> Time: 9:00 A.M. <br> Judge: Hon. William B. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Mary Grad, and defendant Andres Valencia, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for January 11, 2006 at 9:00 AM be vacated and a new date of January 25, 2006 be set for status.

Defense counsel is reviewing discovery and is awaiting additional discovery from the government.  Defense counsel needs further time to review discovery with the defendant and discuss a plea offer that is forthcoming from the government.

It is stipulated that the period from January 11, 2006 until

1

January 25, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

                                              Respectfully submitted,
                                              MCGREGOR SCOTT
                                              United States Attorney

DATED: January 9, 2006        /s/ Mary Grad
                                              MARY GRAD
                                              Assistant U. S. Attorney

DATED: January 9, 2006        /s/ Ned Smock
                                              NED SMOCK
                                              Attorney for Defendant
                                              ANDRES VALENCIA

## **O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: January 11, 2006

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE