```
DANIEL BRODERICK, Bar No. 89424
Acting Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Andres Valencia
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                            )<br>          Plaintiff,       )<br>                            )<br>     v.                     )<br>                            )<br>ANDRES VALENCIA             )<br>                            )<br>                            )<br>          Defendant.        )<br>_____ ) | No. CR S-05-516 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Date: March 23, 2006<br>Time: 2:00 P.M.<br>Judge: Hon. William B. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Mary Grad, and defendant Andres Valencia, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for February 16, 2006 at 9:00 AM be vacated and a new date of March 23, 2006 be set for status.

Defense counsel received audio recordings from the government last week. The defense has requested and is awaiting additional audio from the government. Witness interviews must be performed and records must be obtained based on the information contained in the recordings.

It is stipulated that the period from February 16, 2006 until March 23, 2006 be excluded in computing the time within which trial

must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

                                          Respectfully submitted,
                                          MCGREGOR SCOTT
                                          United States Attorney

DATED: February 14, 2006    /s/ Mary Grad
                                          MARY GRAD
                                          Assistant U. S. Attorney

DATED: February 14, 2006    /s/ Ned Smock
                                            NED SMOCK
                                          Attorney for Defendant
                                          ANDRES VALENCIA

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: February 15, 2006

*William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2