```
DANIEL BRODERICK, Bar No. 89424
Acting Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Andres Valencia
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>            Plaintiff,                 )<br>                                        )<br>       v.                               )<br>                                        )<br> ANDRES VALENCIA                         )<br>                                        )<br>                                        )<br>            Defendant.                  )<br>_____ ) | No. CR S-05-516 WBS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER**<br><br>Date: March 30, 2006<br>Time: 2:00 P.M.<br>Judge: Hon. William B. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Mary Grad, and defendant Andres Valencia, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for March 23, 2006 at 2:00 PM be vacated and a new date of March 30, 2006 at 2:00 PM be set for change of plea.

Defense counsel is finalizing plea discussions with the government and needs additional time to discuss remaining issues with the defendant and allow him to consider his options.  It is expected that a disposition will be reached and paperwork will be provided to the court in advance of the March 30 date.

It is stipulated that the period from March 23, 2006 until March

1

30, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

                                        Respectfully submitted,
                                        MCGREGOR SCOTT
                                        United States Attorney

DATED: March 21, 2006      /s/ Mary Grad
                                        MARY GRAD
                                        Assistant U. S. Attorney


DATED: March 21, 2006      /s/ Ned Smock
                                        NED SMOCK
                                        Attorney for Defendant
                                        ANDRES VALENCIA


**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: March 22, 2006

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE