# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

v.

**ANDRES VALENCIA**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:05CR00516-01**

Matthew Bockmon, Asst. Federal Defender
Defendant's Attorney

## THE DEFENDANT:

[✔] admitted guilt to violation of charge(s) 1 as alleged in the violation petition filed on 5/21/2013 .

[ ] was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | New Law Violation | 4/22/2013 |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on _6/21/2006_ .

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) ___ is/are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

July 22, 2013
Date of Imposition of Sentence

_Signature of Judicial Officer_

**WILLIAM B. SHUBB**, United States District Judge
Name & Title of Judicial Officer

July 24, 2013
Date

CASE NUMBER:        2:05CR00516-01                                    Judgment - Page 2 of 2
DEFENDANT:          ANDRES VALENCIA

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  nine months, with no further supervision to follow .

[]          No TSR: Defendant shall cooperate in the collection of DNA.

[ ]         The court makes the following recommendations to the Bureau of Prisons:

[✔]         The defendant is remanded to the custody of the United States Marshal.

[ ]         The defendant shall surrender to the United States Marshal for this district.
            [ ] at ___ on ___.
            [ ] as notified by the United States Marshal.

[ ]         The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
            [ ] before _ on ___.
            [ ] as notified by the United States Marshal.
            [ ] as notified by the Probation or Pretrial Services Officer.
            If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

        Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

                                                    _____
                                                            UNITED STATES MARSHAL

                                            By      _____
                                                            Deputy U.S. Marshal